IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gordon Schilling, et al., :

      Plaintiffs, :

v. : Case No. 2:07-cv-0535

City of Columbus, et al., : JUDGE SARGUS

      Defendants. :

## ORDER

Plaintiff has not paid the full filing fee assessed on July 9, 2007, nor has he kept the Court advised of a current address. This case is therefore DISMISSED for failure to prosecute.

Date: 8-14-2007

Edmund A. Sargus, Jr.
United States District Judge